MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

Nintu Xi Gilmore

*(Write the full name of each plaintiff who is filing thi. complaint. If the names of all the plaintiffs cannot fii in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

v.

Randstad US

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case:2:17-cv-12080
Judge: Cohn, Avern
MJ: Patti, Anthony P.
Filed: 06-27-2017 At 08:45 AM
CMP NINTU XI GILMORE V RANDSTAD US
(LG)

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

## Complaint for Employment Discrimination

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Nintu Xi Gilmore |
| Street Address | 10627 Duprey |
| City and County | Detroit Wayne County |
| State and Zip Code | Michigan 48224 |
| Telephone Number | (313) 447-5375 |
| E-mail Address | Gilmorenintuxi@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Randstad US |
| Job or Title (if known) | |
| Street Address | 9000 Haggerty |
| City and County | Belleville Wayne County |
| State and Zip Code | Michigan 48111 |
| Telephone Number | (313) 461-0581 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

Defendant No. 3

    Name &rule;

    Job or Title
    (if known) &rule;

    Street Address &rule;

    City and County &rule;

    State and Zip Code &rule;

    Telephone Number &rule;

    E-mail Address
    (if known) &rule;

Defendant No. 4

    Name &rule;

    Job or Title
    (if known) &rule;

    Street Address &rule;

    City and County &rule;

    State and Zip Code &rule;

    Telephone Number &rule;

    E-mail Address
    (if known) &rule;

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | JP Morgan Chase |
| Street Address | 9000 Haggerty |
| City and County | Belleville Wayne County |
| State and Zip Code | Michigan 48111 |
| Telephone Number | (800) 935-9935 |

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑ Other federal law *(specify the federal law)*:

Michigan's Elliott-Larsen Civil Rights Act, M.C.L. Section 37.2102

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

4

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☑ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☑ Retaliation.
- ☐ Other acts *(specify)*:

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) 02/17/2017;02/21/2017;02/27/2017;03/29/2017.

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☑ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☐ race _____
- ☐ color _____
- ☐ gender/sex _____
- ☑ religion  No reasonable accommodation given;Sent home 1st day.
- ☐ national origin _____
- ☐ age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

_____

5

III. Statement of Claim

A.

Claim 1

**Termination of my employment:** Stated by Randstad Site Manager, Linda Mitchell on February 27, 2017 @ 5:40pm that she was "letting me go." Linda's reason was because I was late and if I was late on the first day she have to let me go. Although I called the given number during orientation, Linda stated that it did not matter. This information was not given during orientation. I asked for her to please give documentation with reason for "letting me go." Linda stated that she would put me in contact with Randstad HR. I put myself in contact with Randstad HR with my concerns on February 28, 2017 in writing. On March 1st, 2017, I was sent an email from HR specifying that my enrollment status has changed to "Hired" at that time I was given a new employee ID number. On March 22, 2017, I logged into my account on Randstad's self-service system and to my finding I was assigned a new position with a new pay rate and start date of March 2, 2017.

Claim 2

**Retaliation:** As stated in writing by Dannie Perry – Randstad HR Consultant of Employee Relations, I would be assigned to training when one becomes available. During a phone conversation on March 13, 2017 at 9:00 am, Dannie informed me that Linda placed my name on a list of persons to return for training. I was never contacted to return.

Randstad decided to use old emails, addresses, names and telephone numbers and some of this information ended up in my account from the self-service system.

March 11, 2017, I sent a written request to Randstad HR for my employee file. On March 29, 2017, Randstad sent me a copy of a four (4) year old file from another employer, using another name, address, and email that I did not submit to them. My request was never honored.

On February 21, 2017, Randstad Site Manager, Linda Mitchell stated that as a courtesy from her, that I would be given a 3-hour pay for being sent home unexpectedly. Dannie implied that it should be a 4-hour pay on March 2, 2017 and then decided it was a 3-hour pay on March 22, 2017. I received pay on March 23, 2017 for 3 hours and short my regular pay rate.

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

E.  The facts of my case are as follows.  Attach additional pages if needed.

I, Nintu Xi Gilmore, am a Hebrew Moslem. I applied for a Data Entry Clerk's position at Randstad via email on January 24, 2017. This was for a full-time, night position with an hourly pay of $14.50 working at JP Morgan Chase in Belleville, MI. The job responsibilities was to perform tax assessments on tax payers. I was called in for an interview scheduled for January 27, 2017 at 10am which I did not wear my religious headdress. The interview process consisted of a series of paperwork to be completed for JP Morgan Chase Bank. We were asked for our picture ID, social security card, and a hard copy of a resume. We were then asked to complete electronic history of past residency for background investigating purposes. It was explained that once we passed the fingerprinting and background check, we would be sent an email to complete Randstad's on-boarding portion of the paperwork, electronically. I was scheduled for fingerprinting on February 7, 2017 at 10am. During this time, a picture was taken (that I was unaware of). I adorned my head with my covering during this time. I was sent Randstads onboarding email on February 16, 2017 to complete pertinent forms and tax forms. Linda Mitchell called me to schedule my orientation for February 17, 2017 at 1pm. During our conversation, she informed me of my start date for Tuesday, February 21, 2017. During the orientation, we were given a few handouts and we discussed the J.P. Morgan Chase dress code and the policy regarding cellphones. Linda Mitchell was the facilitator. Also, it was mentioned that there would be no frequent bathroom usage due to the security level of the work area. I thought it was necessary to let it be known that because of my dietary laws, I may have slight more bathroom visits and that I wear a religious headdress. She wanted to speak with me afterwards. Thereafter, I explained that I may need frequent bathroom visits due to my dietary laws of increased ingestion of water and that I do wear a religious headdress. Linda responded, "That may be a problem." I was questioned by Linda Mitchell extensively about my religious beliefs and practices which I felt was interrogating and reprimanding in tone. It was clear that Linda Mitchell was not comfortable with my religious accommodations needed. I asked Linda if there was any other past or present employees that wore/wear attire for religious purposes and she stated that I was the first. On February 17, 2017, I emailed Linda the requested documentation regarding my headdress. I did not receive a response, verbal or in writing regarding the matter. I arrived on my first day, February 21, 2017, wearing my headdress. Additional page attached.

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

6

E.

I was not allowed to complete my first day. Linda Mitchell sent me home early, within 10 minutes of the group being escorted to the conference room, explaining to me that another employee unexpectedly returned from medical leave and did not need my attendance. Linda stated that I was picked to be sent home because I was the "second to last to clear." On March 20, 2017, Linda Mitchell made a false claim to Randstad Customer Service that I left the job due to illness. On February 27, 2017, I returned to start with a new class. Due to severe and unexpected traffic conditions, I arrived 10 minutes late of start time. As I was previously instructed, when I realized that I would be late, I promptly called to advise of my tardiness and why, making sure to comply with the guidebook and what was discussed in orientation. When I arrived, again in my headdress, I was immediately sent home by Linda, stating that she had to "let me go." Linda stated that if anyone is late on the first day that they would not be able to work and have to be "let go." This was not discussed in orientation. Although, it was stated by HR that I was not terminated and would be called for another training, I was not called back.

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## IV.     Exhaustion of Federal Administrative Remedies

A.     It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

February 23, 2017

B.     The Equal Employment Opportunity Commission *(check one)*:

☐     has not issued a Notice of Right to Sue letter.

☑     issued a Notice of Right to Sue letter, which I received on *(date)*

March 31, 2017                                                                    .
*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.     Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐     60 days or more have elapsed.

☐     less than 60 days have elapsed.

## V.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Attach additional pages if needed.

My actual damages from exclusion of this project are approximately $10,000, plus the loss of benefits and additional employment opportunity. The start of my employment began on February 21, 2017 and expected to end on or around May 31, 2017 with potential to continue throughout the year. I, Nintu Xi Gilmore, was hired to work full-time, Monday-Friday from 4:30pm-1am with a hourly rate of $14.50.

I ask the court to order $40,000 in punitive damages for the pain and suffering that I sustained.

7

EEOC Form 161 (11/16)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Nintu Xi Gilmore<br>10627 Duprey Street<br>Detroit, MI 48224 | From: Detroit Field Office<br>477 Michigan Avenue<br>Room 865<br>Detroit, MI 48226 |
|---|---|

| ☐ | *On behalf of person(s) aggrieved whose identity is*<br>*CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 471-2017-01696 | **Marlea J. Applegate,**<br>Investigator | **(313) 226-2367** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

**Michelle Eisele,**
**District Director**

3/31/17
*(Date Mailed)*

Enclosures(s)

cc: **Theresa McDaniel**
**General Counsel**

**One Overton Park**
**3625 Cumberland Blvd., Suite 600**
**Atlanta, GA 30339**

MIED ProSe 7 (Rev 5/16)  Complaint for Employment Discrimination

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 26_____, 20 17___ .

Signature of Plaintiff    _____

Printed Name of Plaintiff    Nintu Xi Gilmore_____

8

MIED ProSe 7 (Rev 5/16) Complaint for Employment Discrimination

**Additional Information:**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

County in which action arose: 26163

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Gilmore, Nintu Xi | Randstad US |

| **(b)** County of Residence of First Listed Plaintiff    Wayne County | County of Residence of First Listed Defendant _____ |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF |

261463

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Case: 2:17-cv-12080
Judge: Cohn, Avern
MJ: Patti, Anthony P.
Filed: 06-27-2017 At 08:45 AM
CMP NINTU XI GILMORE V RANDSTAD US
(LG)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(For Diversity Cases Only)* and One Box for Plaintiff and One Box for Defendant

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [x] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| [ ] 110 Insurance | **PERSONAL INJURY**   **PERSONAL INJURY** | [ ] 625 Drug Related Seizure of Property 21 USC 881 | [ ] 422 Appeal 28 USC 158 | [ ] 375 False Claims Act |
| [ ] 120 Marine | [ ] 310 Airplane   [ ] 365 Personal Injury - Product Liability | [ ] 690 Other | [ ] 423 Withdrawal 28 USC 157 | [ ] 376 Qui Tam (31 USC 3729(a)) |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability   [ ] 367 Health Care/ Pharmaceutical | | | [ ] 400 State Reapportionment |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander   Personal Injury | | **PROPERTY RIGHTS** | [ ] 410 Antitrust |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment | [ ] 330 Federal Employers'   Product Liability | | [ ] 820 Copyrights | [ ] 430 Banks and Banking |
| [ ] 151 Medicare Act | Liability   [ ] 368 Asbestos Personal | | [ ] 830 Patent | [ ] 450 Commerce |
| [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans) | [ ] 340 Marine   Injury Product | | [ ] 835 Patent - Abbreviated New Drug Application | [ ] 460 Deportation |
| | [ ] 345 Marine Product Liability   Liability | | [ ] 840 Trademark | [ ] 470 Racketeer Influenced and Corrupt Organizations |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | [ ] 480 Consumer Credit |
| [ ] 160 Stockholders' Suits | [ ] 350 Motor Vehicle   [ ] 370 Other Fraud | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 490 Cable/Sat TV |
| [ ] 190 Other Contract | [ ] 355 Motor Vehicle Product Liability   [ ] 371 Truth in Lending | [ ] 720 Labor/Management Relations | [ ] 862 Black Lung (923) | [ ] 850 Securities/Commodities/ Exchange |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury   [ ] 380 Other Personal Property Damage | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 890 Other Statutory Actions |
| [ ] 196 Franchise | [ ] 362 Personal Injury - Medical Malpractice   [ ] 385 Property Damage Product Liability | [ ] 740 Railway Labor Act | [ ] 864 SSID Title XVI | [ ] 891 Agricultural Acts |
| | | [ ] 751 Family and Medical Leave Act | [ ] 865 RSI (405(g)) | [ ] 893 Environmental Matters |
| | | | | [ ] 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS**   **PRISONER PETITIONS** | [ ] 790 Other Labor Litigation | **FEDERAL TAX SUITS** | |
| [ ] 210 Land Condemnation | [ ] 440 Other Civil Rights   **Habeas Corpus:** | [ ] 791 Employee Retirement Income Security Act | [ ] 870 Taxes (U.S. Plaintiff or Defendant) | [ ] 896 Arbitration |
| [ ] 220 Foreclosure | [ ] 441 Voting   [ ] 463 Alien Detainee | | [ ] 871 IRS—Third Party 26 USC 7609 | [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| [ ] 230 Rent Lease & Ejectment | [x] 442 Employment   [ ] 510 Motions to Vacate Sentence | | | |
| [ ] 240 Torts to Land | [ ] 443 Housing/ Accommodations   [ ] 530 General | | | [ ] 950 Constitutionality of State Statutes |
| [ ] 245 Tort Product Liability | [ ] 445 Amer. w/Disabilities - Employment   [ ] 535 Death Penalty | **IMMIGRATION** | | |
| [ ] 290 All Other Real Property | [ ] 446 Amer. w/Disabilities - Other   **Other:** | [ ] 462 Naturalization Application | | |
| |   [ ] 540 Mandamus & Other | [ ] 465 Other Immigration Actions | | |
| | [ ] 448 Education   [ ] 550 Civil Rights | | | |
| |   [ ] 555 Prison Condition | | | |
| |   [ ] 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title II, 42 U.S.C. Section 2000 e-2

Brief description of cause:
Religious Discrimination

## VII. REQUESTED IN COMPLAINT:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes [x] No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE   06-27-2017    SIGNATURE OF ATTORNEY OF RECORD   X

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

ANT TO LOCAL RULE 83.11

Is this a case that has been previously dismissed?    ☐ Yes    ■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.  Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)    ☐ Yes    ■ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _____

# New Lawsuit Check List

Instructions: Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

☑ Two (2) completed **Civil Cover Sheets.**

☑ Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.

1 + 2 = 3 **Complaints.**

# of Defendants        Total

Received by Clerk: _____ Addresses are complete: _____

Case: 2:17-cv-12080
Judge: Cohn, Avern
MJ: Patti, Anthony P.
Filed: 06-27-2017 At 08:45 AM
CMP NINTU XI GILMORE V RANDSTAD US
(LG)

☐ If any of your defendants are **government agencies**:
Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General.

| If Paying The Filing Fee | If Asking That The Filing Fee Be Waived |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #: _____ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br>Received by Clerk: _____ |

## Select the Method of Service you will employ to notify your defendants:

| Service via Summons by Self | Service by U.S. Marshal (Only available if fee is waived) | Service via Waiver of Summons (U.S. Government cannot be a defendant) |
|---|---|---|
| ☑ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br>Received by Clerk: _____ | ☐ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☐ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _____ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

### Clerk's Office Use Only

Note any deficiencies here:

Rev. 4/13